**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nelson Fabricio Brito-Morales**<br>YOB: 1995; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-08799MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 19, 2020, at or near Topawa, in the District of Arizona, **Nelson Fabricio Brito-Morales**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on August 14, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Nelson Fabricio Brito-Morales** is a citizen of Honduras. On August 14, 2019, **Nelson Fabricio Brito-Morales** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On July 19, 2020, agents found **Nelson Fabricio Brito-Morales** in the United States at or near Topawa, Arizona, without the proper immigration documents. **Nelson Fabricio Brito-Morales** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/UGS<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Ubaldo G. Soto |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>July 20, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54